KENDRICK TAYLOR, Respondent, *v.* JOHN W. BARNETT, as Executor of BETSEY A. BARNARD, Deceased, et al., Appellants.

*Taylor* v. *Barnett*, 117 App. Div. 917, affirmed.
(Argued January 11, 1909; decided January 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 24, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for services alleged to have been rendered a decedent.

*E. W. Cregg, F. J. Cregg* and *E. N. Wells* for appellants.

*Lorenzo D. Tyler* for respondent.

Judgment affirmed, with costs, on the ground that there is some evidence of non-payment, the question of the burden of proof as to payment not being passed upon; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.